<div style="text-align:center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ

</div>

**RYDER TRUCK RENTAL, INC.**

                                                Plaintiff

vs.

**MANGO CAPITAL, INC.**

                                                Defendant.

<div style="text-align:center">

**COMPLAINT TO RECOVER CONTRACT CHARGES**

</div>

Pursuant to 28 U.S.C. § 1332, Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services (hereinafter referred to as "Plaintiff") sues Mango Capital, Inc. (hereinafter referred to as "Defendant") and alleges;

<div style="text-align:center">

**PARTIES**

</div>

1. Plaintiff was at all times hereinafter mentioned a Florida corporation with a principal place of business at 11690 Northwest 105th Street, Miami, Florida 33178 and offices in all 50 states.

2. Based upon information and belief, Defendant was, at all times hereinafter mentioned, a corporation duly existing under the laws of the State of Missouri, with a principal place of business at 303 North Stadium Boulevard, 2nd Floor, Columbia, Missouri 65203.

3. This court has jurisdiction over this matter based on Diversity of Citizenship. The amount in controversy, without interest or costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

4. Plaintiff has retained the undersigned law firm and is obligated to pay said firm reasonable attorney's fees for its services.

## COUNT I
### (Breach of Contract to Make Rental Payments)

5. Plaintiff hereby refers to and incorporates paragraphs 1 through 4, inclusive, as if set forth herein.

6. During 2019, Defendant entered into various Truck Rental Agreements ("Rental Agreements") with Plaintiff pursuant to which Plaintiff rented Defendant certain vehicles. True and correct copies of the Rental Agreements are attached hereto as **Exhibit "A"**.

7. Pursuant to the Rental Agreements, Defendant was required to make certain payments, as set forth in the Rental Agreements, for the use by Defendant of the vehicles rented by Plaintiff to Defendant.

8. Defendant failed to make the payments required by the Rental Agreements as and when due and there presently exists a debt in the amount of $639,145.71. No part of the debt has been paid and the entire sum is due and owing, together with interest accruing at the maximum allowable legal rate. A true and correct copy of the Statement of Account listing the invoices Defendant failed to pay is attached hereto as **Exhibit "B"**.

9. The Rental Agreements provide that upon default by Defendant of its obligation to make the rental payments as and when due, Plaintiff may terminate the Rental Agreements and demand Defendant pay all reasonable costs and attorney's fees incurred by Plaintiff. **Exhibit A**, Paragraph 11. A true and correct copy of the demand letter dated August 21, 2020, is attached hereto as **Exhibit "C"**.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, in the amount of $639,145.71, plus costs, interest, and attorney's fees pursuant to the contract, and such further relief as the court deems proper.

## COUNT II
**(Open Account)**

10. Plaintiff repeats and realleges paragraphs 1 through 4, inclusive, as if fully set forth herein.

11. Defendant owes Plaintiff $639,145.71 that is due, according to the invoices and account attached as **Exhibit B** and incorporated herein by reference.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, in the amount of $639,145.71, plus costs, interest, and attorney's fees pursuant to the contract, and such further relief as the court deems proper.

## COUNT III
**(Account Stated)**

12. Plaintiff repeats and realleges paragraphs 1 through 4, inclusive, as if fully set forth herein.

13. This is an action for damages that does exceed the sum of $75,000.00.

14. Before the institution of this action, Plaintiff and Defendant had business transactions between them, and on September 20, 2020, they agreed to the resulting balance.

15. Plaintiff rendered statements to Defendant, copies being attached as **Exhibit B** and Defendant did not object to the statements.

16. Defendant owes Plaintiff $639,145.71 that is due on the account.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, in the amount of $639,145.71, plus costs, interest, and attorney's fees pursuant to the contract, and such further relief as the court deems proper.

## COUNT IV
**(ALTERNATIVELY - Quantum Meruit)**

3

17. Plaintiff repeats and realleges paragraphs 1 through 4, inclusive, as if fully set forth herein.

18. Defendant had the exclusive use and enjoyment of certain vehicles owned by Plaintiff.

19. Defendant benefitted from the use and enjoyment of the aforesaid vehicles.

20. Defendant has not compensated Plaintiff for the benefit received by the use of the aforesaid vehicles.

21. Defendant has been unjustly enriched at lease in the amount of $639,145.71, or such higher amount that may be proven at trial.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, in the amount of $639,145.71, plus costs, interest, and attorney's fees pursuant to the contract, and such further relief as the court deems proper.

## COUNT V
### (Legal Fees)

22. Plaintiff repeats and realleges paragraphs 1 through 4, inclusive, as if fully set forth herein.

23. The Rental Agreements provides that upon default by Defendant of its obligation to make the lease payments as and when due, Plaintiff may terminate the Rental Agreements and demand Defendant pay all reasonable costs and attorney's fees incurred by Plaintiff. **Exhibit A,** Paragraph 11. A true and correct copy of the demand letter dated August 21, 2020, is attached hereto as **Exhibit "C"**.

24. By reason of the foregoing, Plaintiff has been compelled to employ the services of the undersigned counsel and firm and has agreed to pay reasonable fees for their services. These

4

attorney's fees are to be paid by Defendant pursuant to the Rental Agreements. **Exhibit A**, Paragraph 11.

**WHEREFORE,** Plaintiff demands judgment for attorney fees pursuant to the contract against Defendant, in an amount to be determined by the court plus costs and interest and such further relief as the court deems proper.

**WHEREFORE,** Plaintiff prays the court as follows:

1. That Plaintiff have and recover of Defendant a judgment for the amount of $639,145.71, in charges pursuant to the Rental Agreements;

2. Reasonable attorney's fees;

3. The costs of this action; and

4. For such further relief as the court deems proper.

Dated: October 1, 2020,

THE BERNSTEIN LAW FIRM

s/ Matthew A. Savino
Matthew A. Savino, Esq.
Florida Bar No.: 1010318
Michael I. Bernstein, Esq.
Florida Bar No.: 546208
3050 Biscayne Boulevard, Suite 403
Miami, Florida 33137
Tel. (305) 672-9544
Fax. (305) 672-4572
*Attorneys for Plaintiff*
Primary:    michael@blfmiami.com
Secondary: matthew@blfmiami.com
           assistant@blfmiami.com

OF COUNSEL:
WALSH & GAERTNER, PA
24 East Fourth Street
St. Paul, MN  55101

Telephone: (651) 228-9968/Telecopier: (651) 224-2672
Attorneys for Plaintiff, Ryder Truck Rental, Inc.

# EXHIBIT A

**Ryder**  CUSTOMER REFERENCE NUMBER: 0763000406583
RENTAL AGREEMENT NUMBER : 744451    CLIENT ACCOUNT NUMBER: 555



| Rental Location/Contact Information | Hours of Operation and additional information |
|---|---|
| **Ryder Truck Rental, Inc.**<br>12665 PENNRIDGE DR.<br>BRIDGETON, MISSOURI, 63044<br>**Phone Number:** 3142918202<br>**Sales Rep** : Coleton Loughary<br>**Area Manager** : Caitlin Williams<br>Caitlin_R_Williams@ryder.com | **Mon – Fri :** 7:00 AM-5:00 PM<br>**Saturday :** 8:00 AM-10:00 PM<br>**Sunday** : Closed<br>**24/7 Roadside Assistance:** 866-477-0438<br>**Customer Service**   : 1-800-947-9337 |

```
********************************************************    R E N T A L    A G R E E M E N T
**                                                     **    -------------------------
**                                 W/O FUEL  FUEL 24   **    ACTIVITY DATE :   06/08/20
**                                                     **    CUST REF #:  0763000406583
**                                                     **    VEHICLE NO:          670543
********************************************************
CUSTOMER   INFORMATION         DRIVER  INFORMATION          DATE/TIME/MILEAGE INFO:
--------------------------     -------------------------    -----------------------
RTR 555/MANGO TRUCKING         bruno adams                  DUE: 06/15/20    07:00
                               D.O.B.: **/**/**             OUT: 06/07/20    18:00
                               Per #D10841807
                               ST: AZ    EXP.: 10/22/24     ODOM OUT:    4 7 8 0 9 5
=================================================================================
VEHICLE DESCRIPTION:
--------------------
T/A Diesel Sleeper
FRTL CASCADIA 125
License #: 2562721
State: IN
GCW/GVW: 80000 lbs
Payload: 63500
```

---

* LIABILITY PROTECTION - Customer elects to provide Liability Protection as specified in Paragraph 5.B. of this Agreement. (READ PARA. 5.B.)
* I agree that the Vehicle is received full of fuel, rental rates do not include fuel and I am responsible for all fuel. (Read Para. 13)  I have read, understand and hereby agree to the terms and conditions on both sides of this Agreement and I agree to pay the charges for the options I have selected.
* This lessor cooperates with all federal, state, and local law enforcement officials nationwide to provide the identity of Customers who operate this rental Vehicle.
* The Vehicle shall not be operated by anyone other than the Customer, the Customer's employees, or Customer's employer. All driver's must be safety checked by Ryder before operating the Vehicle. If Customer changes drivers during rental period, the Customer must arrange for Ryder to safety check the new driver before the new driver is permitted to operate the Vehicle. The Vehicle shall be used by the Customer only in the normal course of its business, and Customer or driver of the Vehicle shall in no event be or be deemed the agent, servant or employee of Ryder in any manner or for any purpose what so ever.
* Customer is totally responsible for all loss or damage to the Vehicle. (Read Para. 6 & 7)
* I have read, understand and hereby agree to the terms and conditions on both side of this Agreement, and I agree to pay the charges for the options I have selected.
* Customer acknowledges that the Vehicle(s) contains technology that is compliant with 2007 or 2010 emissions standards. Ryder has provided Customer with the required documentation concerning the periodic regeneration required in accordance with manufacturer's requirements. When a light requiring regeneration required is illuminated, Customer is required to perform a regeneration in accordance with manufacturer's standards. It is Customer's sole responsibility to properly and timely perform the

| *Customer Signature* | *Truck rented and safety instructions provided by Ryder agent* |
|---|---|

**Cargo Contents** : YOGURT      Corrections# : 00
**Manual Reference Number** : 305877
**USDOT Number** :       Intrastate - No Hazardous Material

Additional Terms and Conditions on Other Side – Please Read Carefully
*Thank you for doing business with Ryder!*      V20200331.01

# EXHIBIT B

Ryder Truck Rental Inc                    8/21/2020                                    Page 1



Ryder Truck Rental, Inc.
6000 Windward Parkway
Alpharetta, GA  30005

August 21, 2020

Mango Capital Inc
303 N Stadium Blvd F2
Columbia, MO  65203

| Invoice Date | Invoice Number | Invoice Amount | |
|---|---|---|---|
| 05/26/20 | 2005AV9643 | $ 308.91 | July ACH Rejected |
| 05/26/20 | 2005AV9650 | $ 65,466.84 | July ACH Rejected |
| 05/26/20 | 2005AV9670 | $ 1,540.78 | July ACH Rejected |
| 06/01/20 | 2006AZ6349 | $ 64,033.44 | July ACH Rejected |
| 06/01/20 | 2006AZ6389 | $ 1,096.90 | July ACH Rejected |
| 06/01/20 | 2006BI6987 | $ 166.28 | July ACH Rejected |
| 06/03/20 | 2006B22018 | $ 5,816.92 | July ACH Rejected |
| 06/03/20 | 2006B51939 | $ 160.89 | July ACH Rejected |
| 06/08/20 | 2006B51952 | $ 66,119.16 | July ACH Rejected |
| 06/08/20 | 2006B51959 | $ 2,500.00 | July ACH Rejected |
| 06/08/20 | 2006B73031 | $ 1,977.87 | July ACH Rejected |
| 06/15/20 | 2006B81265 | $ 197.40 | July ACH Rejected |
| 06/15/20 | 2006B81272 | $ 40,914.59 | July ACH Rejected |
| 06/15/20 | 2006B81317 | $ 124.84 | July ACH Rejected |
| 06/22/20 | 2006BC3468 | $ 260.61 | July ACH Rejected |
| 06/22/20 | 2006BC3471 | $ 36,370.00 | July ACH Rejected |
| 06/29/20 | 2006BF2310 | $ 532.52 | July ACH Rejected |
| 06/29/20 | 2006BF2315 | $ 37,084.09 | July ACH Rejected |
| 06/29/20 | 2006BF2327 | $ 1,568.55 | July ACH Rejected |
| 07/06/20 | 2007BI0809 | $ 542.63 | July ACH Rejected |
| 07/06/20 | 2007BI0823 | $ 38,414.48 | July ACH Rejected |
| 07/06/20 | 2007BI0872 | $ 3,965.05 | July ACH Rejected |
| 07/06/20 | 2007BI3239 | $ 19,263.97 | July ACH Rejected |
| 07/06/20 | 2007BJ6237 | $ 12,354.77 | July ACH Rejected |
| 07/13/20 | 2007BN7723 | $ 208.05 | July ACH Rejected |
| 07/13/20 | 2007BN7730 | $ 35,655.82 | July ACH Rejected |
| 07/13/20 | 2007BN7747 | $ 2,893.10 | July ACH Rejected |
| 07/13/20 | 2007BO0140 | $ 21,713.93 | July ACH Rejected |
| 07/15/20 | 2007BO5559 | $ 4,185.00 | July ACH Rejected |
| 07/20/20 | 2007BQ6331 | $ 25.14 | |
| 07/20/20 | 2007BQ6334 | $ 31,043.38 | |
| 07/20/20 | 2007BQ6343 | $ 14,769.78 | |
| 07/20/20 | 2007BQ8104 | $ 14,327.35 | July ACH Rejected |
| 07/20/20 | Rejection Fee | $ 50.00 | |
| 07/20/20 | Rejection Fee | $ 50.00 | |
| 07/24/20 | 2007BR6414 | $ 2,500.00 | |
| 07/27/20 | 2007BT5212 | $ 244.33 | |
| 07/27/20 | 2007BT5217 | $ 27,123.18 | |

| Invoice Date | Invoice Number | Invoice Amount | |
|---|---|---:|---|
| 07/27/20 | 2007BT5224 | $ 341.42 | |
| 07/27/20 | 2007BT6931 | $ 3,107.64 | |
| 07/27/20 | Rejection Fee | $ 50.00 | |
| 07/31/20 | Rejection Fee | $ 50.00 | |
| 07/31/20 | Rejection Fee | $ 50.00 | |
| 08/03/20 | 2008BV8339 | $ 627.52 | August ACH Rejected |
| 08/03/20 | 2008BV8342 | $ 24,190.92 | August ACH Rejected |
| 08/03/20 | 2008BV8351 | $ 5,727.97 | August ACH Rejected |
| 08/05/20 | 2008C05419 | $ 2,903.49 | August ACH Rejected |
| 08/10/20 | 2008C25867 | $ 678.05 | |
| 08/10/20 | 2008C25873 | $ 28,500.27 | |
| 08/10/20 | 2008C25885 | $ 1,444.20 | |
| 08/10/20 | 2008C27974 | $ 2,764.07 | August ACH Rejected |
| 08/17/20 | 2008C53825 | $ 5,282.13 | |
| 08/17/20 | 2008C53834 | $ 4,794.61 | |
| 08/17/20 | 2008C53844 | $ 1,283.36 | |
| 08/17/20 | 2008C56581 | $ 1,679.51 | |
| 08/17/20 | Rejection Fee | $ 50.00 | |
| 08/20/20 | Rejection Fee | $ 50.00 | |
| Total | | $ 639,145.71 | |

# EXHIBIT C



**WALSH & GAERTNER BUILDING | 24 EAST FOURTH STREET | ST. PAUL, MN 55101**
**T 651-228-9968  F 651-224-2672**
**WWW.WALSH-GAERTNER.COM**

August 21, 2020

VIA FED EX (573) 874-8700

Ms. Dani Levine, VP Business Development
Mango Capital, Inc.
303 N. Stadium Boulevard
Second Floor
Columbia, MO 65203

<div style="margin-left:2em;">

Re: Ryder Truck Rental, Inc. ("Ryder")
Contract Charges:  $639,145.71  **(Not Final)**
Attorney Fees:     <u>$191,743.71</u>
Total Due:         $830,889.42

Our File No.:   15920UQ
Ryder Key No.:  5550672
Ryder CBU:      3139

Please Address any Communication To:
**John Siegler, Partner,** (651) 379-0982; jsiegler@walsh-gaertner.com
**All checks are to be made payable to Ryder Truck Rental, Inc.** and sent to this office.

</div>

Dear Ms. Levine:

We are the nationwide legal counsel for Ryder Truck Rental, Inc. The account refenced above has been forwarded to us to collect. We enclose herewith a Statement of Account listing the outstanding unpaid Truck Rental Agreement charges of $639,145.71 in open invoices and attorney's fees of $191,743.71. Please note these amounts may not be final, additional charges or credits to the account may accrue subsequent to the date of this demand letter. We are advised this claim remains due and unpaid.

We have also been instructed to file a lawsuit if this matter is not resolved by **September 4, 2020.** A draft of the Complaint is enclosed. Litigation is expensive for both parties and will most likely result in a judgment against you for the principal amount of this claim, and possibly interest from the date of judgment, filing fees, costs of service of process, and the attorney's fees set forth above.

**THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION
OBTAINED WILL BE USED FOR THIS PURPOSE.**

August 21, 2020
Page 2 of 2

**Do not ignore this letter**. Our responsibility to our client is to collect the account or explain the basis of any dispute. If you have some legitimate reason to not pay the bill, we will expect to hear from you with the particulars necessary to evaluate your claim. If we do not hear from you, we will assume that you do not intend to pay and we will take the action described above.

To discuss this matter further please call **John Siegler** at (651) 379-0982 or email at jsiegler@walsh-gaertner.com. Mr. Siegler is the partner at this office in charge of this account.

Very truly yours,

John T. Siegler, Esq.

JTS/mds

Encl: Draft Complaint

cc: Mike Mandell, Corporate Collection Manager
Ryder Truck Rental, Inc. dba Ryder Transportation Services